IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JU'DA YAH Y'ISRA'EL
ADC #140739                                                                PETITIONER

v.                          No. 3:18-cv-199-DPM

STATE OF ARKANSAS; CRITTENDEN
COUNTY; BOONE NANCE, Deputy
Prosecuting Attorney, Crittenden County;
and ROY C. LEWELLEN, Attorney, Lee County      RESPONDENTS

## JUDGMENT

The petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2018